FILED

DEC 1 4 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 01CR2362-GT |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) | |
| JULIO ZAVALA-MENDOZA, | ) | |
| Defendant. | ) | |

Application being made by plaintiff, UNITED STATES OF AMERICA, and good cause appearing therefor,

IT IS HEREBY ORDERED that Criminal Case No. 01CR2362-GT against defendant Julio Zavala-Mendoza, is hereby dismissed.

DATED: Dec. 14, 2009

HONORABLE GORDON THOMPSON, JR
United States District Court